No. 82–5112.  ALFONSO *v.* BOARD OF REVIEW, DEPARTMENT OF LABOR AND INDUSTRY OF NEW JERSEY.  Appeal

from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.